HENRY Y. CHIU  222927
7110 North Fresno Street, Suite 400
Fresno, California 93720
Telephone: (559) 898-2448
Facsimile:  (559) 554-9989
Email: Henry@HenryChiuEsq.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL 100 PENSION TRUST FUND; BOARD OF TRUSTEES OF JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE TRUST FUND; BOARD OF TRUSTEES OF NATIONAL ELECTRICAL BENEFIT FUND, | Case No. 1:23-CV-01048-KES-BAM |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| TRINITY CONSTRUCTION ENTERPRISES INC dba TRINITY POWER; and DOES 1 through 50, | |
| Defendants. | |

The Court has received the Stipulation for Dismissal of Entire Action, Without Prejudice, Pursuant to Settlement Agreement ("Stipulation") executed by counsels for plaintiffs Boards of Trustees of IBEW Local 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, NECA/IBEW Family Medical Care Trust Fund and National Electrical Benefit Fund, and defendant Trinity Construction Enterprises Inc dba Trinity Power. *See* Doc. 64.

///

///

HENRY CHIU, ESQ.
7110 N. FRESNO ST.
STE. 400
FRESNO, CA 93720

1   The Court has reviewed and considered the aforementioned Stipulation. Good cause

2   appearing therefore, the Court orders the following:

3        THE COURT HEREBY ORDERS that the present action be dismissed, without

4   prejudice, pursuant to the parties' Stipulation.

5        The Court shall retain jurisdiction to hear any matter or issue pertaining to the Stipulation

6   and [Proposed] Order for Judgment referenced in the Stipulation and to issue any order thereon.

7

8   IT IS SO ORDERED.

9    Dated:    July 11, 2025

10                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

HENRY CHIU, ESQ.
7110 N. FRESNO ST.
STE. 400
FRESNO, CA 93720

28

---

2
**ORDER FOR DISMISSAL**